**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AHMAD MOHAMMAD AL DARBI, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>BARACK OBAMA, *et al.*, )<br>)<br>Respondents. ) | Civil Action No. 05-2371 (RCL) |

**ORDER**

Upon consideration of the Consent Motion for Extension of Time to File Reply Memorandum In Support of Petitioner's Motion to Compel Production of Exculpatory Information and Automatic Discovery, and without objection by Respondents, it is hereby

ORDERED that Petitioner's time to file his reply memorandum is continued until October 5, 2009.

Signed by Royce C. Lamberth, Chief Judge, on September 25, 2009.